IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02242-WYD-KLM

MICHAEL JASON MARTINEZ,
ELIZABETH FRITZ,
THOMAS TRUJILLO,
AMBER HUGENOT,
GARY HARRISON,
ROBERT RUMPF, and
DAMIAN GRADELESS, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

TERRY MAKETA, in his official capacity as El Paso County Sheriff,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on **Plaintiff's Unopposed Motion for Entry of Protective Order** [Docket No. 22; Filed November 19, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 22-1] supplied by the parties is accepted for filing and entered as an Order of the Court, with interlineations, as of today's date.

    Dated: November 22, 2010