IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02242-WYD-KLM

MICHAEL JASON MARTINEZ;
ELIZABETH FRITZ;
THOMAS TRUJILLO;
AMBER HUGENOT;
GARY HARRISON;
ROBERT RUMPF; and
DAMIAN GRADELESS, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

TERRY MAKETA, in his official capacity as El Paso County Sheriff,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiffs' Unopposed Motion for Remote Expert Testimony (ECF No. 26), filed on November 23, 2010, is **GRANTED.**  Plaintiffs' witness Steve Martin may appear via video conference for the hearing set for **Wednesday, December 22, 2010, at 10:00 a.m.**

      Dated:  November 23, 2010.