IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02242-WYD-KLM

MICHAEL JASON MARTINEZ;
ELIZABETH FRITZ;
THOMAS TRUJILLO;
AMBER HUGENOT;
GARY HARRISON;
ROBERT RUMPF; and
DAMIAN GRADELESS, on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

TERRY MAKETA, in his official capacity as El Paso County Sheriff,

     Defendant.

## ORDER

THIS MATTER is before the Court on the Unopposed Motion for Leave to Intervene and to Join in Motion for Preliminary injunction submitted by Callie Gonzales. The Court, being fully advised in the premises and for good cause shown,

ORDERS that the Unopposed Motion for Leave to Intervene and to Join in Motion for Preliminary Injunction [ECF No. 20], filed November 10, 2010, is **GRANTED.** The Court accepts Plaintiff-Intervenor's Intervention Complaint for filing as of the date of this Order.  The case caption shall hereafter be amended to add Plaintiff-Intervenor Callie Gonzales as a party.

Dated this 20th day of December, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE