IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02242-WYD-KLM

MICHAEL JASON MARTINEZ,
ELIZABETH FRITZ,
THOMAS TRUJILLO,
AMBER HUGENOT,
GARY HARRISON,
ROBERT RUMPF, and
DAMIAN GRADELESS, on behalf of themselves and all others similarly situated,

   Plaintiffs,

v.

TERRY MAKETA, in his official capacity as El Paso County Sheriff,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the parties' **Joint Motion to Hold Case in Abeyance Pending Finalization of Settlement** [Docket No. 43; Filed February 1, 2011] (the "Motion").  The parties represent that they are close to reaching a settlement, and they ask that all deadlines and proceedings in this case be stayed pending the filing of joint stipulations regarding settlement.

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

   IT IS FURTHER **ORDERED** that all deadlines and proceedings in this case are stayed until **February 28, 2011**.

   IT IS FURTHER **ORDERED** that on or before **February 28, 2011**, the parties shall either file their joint stipulations regarding settlement or file a joint status report explaining the delay in filing the joint stipulations and seeking an extension of the stay of this case.

   Dated:  February 7, 2011