IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02242-WYD-KLM

MICHAEL JASON MARTINEZ;
ELIZABETH FRITZ;
THOMAS TRUJILLO;
AMBER HUGENOT;
GARY HARRISON;
ROBERT RUMPF; and
DAMIAN GRADELESS on behalf of themselves and all others similarly situated,

    Plaintiffs, and

CALLIE GONZALES,

    Plaintiff-Intervenor,

v.

TERRY MAKETA, in his official capacity as El Paso County Sheriff,

    Defendant.

## JOINT MOTION TO APPROVE RESOLUTION OF CLASS ACTION

    Counsel for the parties have agreed to a resolution of this case. In furtherance thereof counsel for the parties file this Joint Motion to Approve Resolution of Class Action, and in support thereof state as follows:

    1.    On February 1, 2011, the parties filed a Joint Motion to Hold Case in Abeyance Pending Finalization of Settlement (Document 43). That document outlined the terms of the resolution to which the parties had agreed. The Court granted the motion and ordered all deadlines in the case stayed until February 28, 2011. It further ordered the parties to file their joint stipulations regarding resolution of this case by February 28, 2011. On March 1, 2011, the

Court granted the parties an extension of time, until March 14, 2011, to file their joint stipulations regarding the resolution of this case.

2.  In a separate filing submitted today, the parties have memorialized their joint stipulations that support this Court's approval of the proposed resolution of this case.

### Class certification

3.  The parties have stipulated that this Court should grant the pending motion for class certification, thereby certifying, pursuant to Rule 23(b)(2), a class defined as: "all current and future prisoners in the El Paso County Jail who are subject to or affected by the postcard-only policy." The parties have also stipulated that this Court should appoint Mark Silverstein, Rebecca T. Wallace, and David C. Fathi as counsel for the plaintiff class, pursuant to Rule 23(g).

### Permanent injunction

4.  The parties have stipulated to the entry of a permanent injunction incorporating the terms of the preliminary injunction that the Court entered in this case on December 21, 2010, which includes the findings required by the Prison Litigation Reform Act, 18 U.S.C. § 3626(a)(1)(A).

### Attorneys' fees and costs

The parties have agreed that Defendant will pay Plaintiffs' reasonable costs and attorneys' fees in this matter. The parties have further agreed that an award of $60,000.00 is reasonable. Accordingly, in a separate filing today, Plaintiffs have submitted a motion for attorneys' fees and costs in the amount of $60,000, pursuant to Fed. R. Civ. P. 23(h). The parties have also agreed that the Court's approval of the documents filed today will release Terry Maketa, in his official capacity as El Paso County Sheriff (hereinafter "Defendant"), and any and all employees, agents, servants, assigns, attorneys, entities, employers, successors, insurers, and reinsurers, of the

Defendant, and of El Paso County, the El Paso County Board of County Commissioners and the El Paso County Sheriff's Office, from any and all further liability for any claims for injunctive and declaratory relief, and attorneys' fees and costs against the Defendants arising out of Civil Action No. 10-cv-02242-WYD-KLM  which are known or unknown, foreseen or unforeseen, arising out of the civil action identified herein, in exchange for the relief provided for herein. This language shall not be construed to prohibit Plaintiffs from seeking costs and attorney fees if it should be necessary to seek the Court's enforcement of the permanent injunction.

### Notice to the class

5. Rule 23(e)(1) requires that the Court must direct notice in a reasonable manner to all class members who would be bound by the proposed resolution of this case.

6. The parties have agreed on the proposed wording of the notice to class members, which is attached as Exhibit 1.

7. The parties have stipulated that posting the notice on the bulletin board of each of the wards within El Paso County Jail and individually delivering the notice to inmates who are in segregation, the infirmary, or otherwise do not have ready access to the bulletin boards, would direct notice in a reasonable manner to all class members who would be bound by the proposed resolution of this case.  Notice to each individual class member is not necessary, as the proposed resolution does not require any class members to take action or do anything to receive the benefits of the resolution.

8. The parties request that the Court set a date for a hearing, pursuant to Rule 23(e)(2),  to consider whether the proposed resolution is fair, reasonable, and adequate.

**The proposed resolution is fair, reasonable, and adequate.**

9. The proposed resolution provides all the relief requested in the Complaint. Accordingly, the proposed resolution is not only fair to the absent members of the class, it is also reasonable and adequate.

10. Wherefore, the parties ask that the Court:

   a. (1) Set a date for a hearing on the proposed resolution;

   b. (2) Direct that reasonable notice be sent to the class members;

   c. (3) Grant the motion to certify the class;

   d. (4) Permanently enjoin the postcard-only policy challenged in this case; and

   e. (5) Grant Plaintiffs' motion for attorney fees and costs.

Respectfully submitted this 28th day of March, 2011.

| | |
|---|---|
| *s/Rebecca T. Wallace*_____ | *s/Charles C. Greenlee*_____ |
| Mark Silverstein, Legal Director | Charles C. Greenlee |
| Rebecca T. Wallace, Staff Attorney | Legal Advisor |
| AMERICAN CIVIL LIBERTIES UNION | EL PASO COUNTY SHERIFF'S OFFICE |
| FOUNDATION OF COLORADO | 210 South Tejon Street |
| 400 Corona Street | Colorado Springs, CO 80903 |
| Denver, Colorado 80218 | (719) 520-7100 |
| Telephone: (303) 777-5482 | Email: |
| Fax: (303) 777-1773 | charlesgreenlee@elpasoco.com |
| Email: msilver2@att.net | |
| rtwallace@aclu-co.org | |
| | |
| David C. Fathi, Director* | Amy R. Folsom |
| NATIONAL PRISON PROJECT OF THE ACLU | Assistant County Attorney |
| FOUNDATION, INC. | OFFICE OF THE COUNTY ATTORNEY OF EL |
| 915 15th Street NW, 7th Floor | PASO COUNTY |
| Washington, D.C. 20005 | 27 E. Vermijo Avenue |
| (202) 548-6603 | Colorado Springs, CO 80903 |
| Email: dfathi@npp-aclu.org | (719) 520-6485 |
| | Email: amyfolsm@elpasoco.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| *\*Not admitted in DC; practice limited to federal courts.* | |

4