# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02242-WYD-KLM

MICHAEL JASON MARTINEZ;
ELIZABETH FRITZ;
THOMAS TRUJILLO;
AMBER HUGENOT;
GARY HARRISON;
ROBERT RUMPF; and
DAMIAN GRADELESS on behalf of themselves and all others similarly situated,

     Plaintiffs, and

CALLIE GONZALES,

     Plaintiff-Intervenor,

v.

TERRY MAKETA, in his official capacity as El Paso County Sheriff,

     Defendant.

---

## NOTICE TO EL PASO COUNTY JAIL PRISONERS

---

1.   In August, 2010, the El Paso County Jail implemented a new policy that, with certain exceptions, restricted prisoners' outgoing mail to postcards supplied by the jail.

2.   On September 14, 2010, seven prisoners filed a legal challenge to that policy, arguing that it violated prisoners' First Amendment rights: Martinez et al. v. Maketa, case number 10-cv-02242-WYD, United States District Court, District of Colorado.   The prisoners also filed a motion to certify the case as a class action.

3.    The lawsuit seeks a declaratory judgment and an injunction ordering the jail to stop what the lawsuit called the "postcard-only" policy.  The lawsuit does not seek monetary damages on behalf of any prisoners.

4.    On December 15, 2010, the jail rescinded the postcard-only policy and went back to the previous policy regarding outgoing correspondence.  On December 20, 2011, pursuant to the parties' agreement, the Court entered a preliminary injunction.

5.    On March ___, the Court certified the case as a class action on behalf of a class defined as follows: "all current and future prisoners in the El Paso County Jail who are subject to or affected by the postcard-only policy."

6.    The Court appointed attorneys working for the American Civil Liberties Union of Colorado and the ACLU National Prison Project to serve as counsel for the class.

7.    The parties have now agreed to and proposed a settlement that will resolve all issues in the case.  Pursuant to Fed. R. Civ. P. 23(e), this notice is provided to class members to advise them of the terms of the proposed settlement, which are summarized as follows:

      a.    The Court will issue a permanent injunction banning the postcard-only policy or any other policy that restricts prisoners' outgoing mail to postcards;

      b.    Counsel for the plaintiffs are entitled to an award of reasonable attorney's fees and costs to be paid by the Defendant.  The parties have agreed that $60,000 represents a reasonable amount.

8.    The Court has set a date of _____ for a hearing to determine whether the settlement is fair, reasonable, and adequate.  Any class member who objects to the proposed settlement may submit an objection.  Objections must be postmarked no later than ____, 2011 and should be sent to:_____.