**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:   May 25, 2011 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **10-cv-02242-WYD-KLM**        <u>Counsel:</u>

**MICHAEL JASON MARTINEZ, et al.**,            Mark Silverstein

       Plaintiffs,

v.

**TERRY MAKETA**,                                              Charles C. Greenlee
                                                                                    Amy R. Folsom

       Defendant.

**COURTROOM MINUTES**

**MOTIONS HEARING**

**3:01 p.m.**        Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Joint Motion to Approve Resolution of Class Action (ECF Doc. #55), filed March 28, 2011, and Plaintiffs' Unopposed Motion for Attorneys' Fees (ECF Doc. #54), filed March 28, 2011, are raised for argument.

3:03 p.m.        Argument by Plaintiffs (Mr. Silverstein).

3:05 p.m.        Argument by Defendant (Mr. Greenlee).

Court makes findings.

**ORDERED:** Joint Motion to Approve Resolution of Class Action (ECF Doc. #55), filed March 28, 2011, is **GRANTED.**

**ORDERED:** Plaintiffs' Unopposed Motion for Attorneys' Fees (ECF Doc. #54), filed March 28, 2011, is **GRANTED.**

**ORDERED:** Mr. Silverstein shall submit a proposed form of order not later than **Friday, May 27, 2011.**

**3:13 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :12**